**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TRADEX USA CORP.,                               :   No. 395 MAL 2015
                                                :
                   Respondent                   :
                                                :
                                                :   Petition for Allowance of Appeal from
                                                :   the Order of the Superior Court
            v.                                   :
                                                :
                                                :
                                                :
GLEEMER GLASS,                                   :
                                                :
                   Petitioner                   :

**ORDER**


**PER CURIAM**

    **AND NOW**, this 30th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.